USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-03583-VEC

HELAYNE SEIDMAN,

    Plaintiff,

v.

YELLOW RAT BASTARD YRB NYC, INC.
d/b/a YRB MAGAZINE,

    Defendant.

## FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court upon plaintiff Helayne Seidman's ("Plaintiff") Motion for Default Final Judgment (the "Motion") [D.E. 16]. The Court has considered the Motion, has noted the Clerk's default against defendant Yellow Rat Bastard YRB NYC, Inc. d/b/a YRB Magazine ("Defendant"), and is otherwise advised in the premises.

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Court concludes that Plaintiff has met the burden of showing that she is entitled to a final default judgment as to Defendant. Plaintiff has also met the burden of showing that she is entitled to permanent injunctive relief against Defendant as specified herein.

Judgment is hereby entered in favor of Plaintiff, Helayne Seidman, and against defendant Yellow Rat Bastard YRB NYC, Inc. ("Defendant"), as follows:

    1.    Plaintiff shall recover from Defendant the principal sum of **$3,598.64** for which let execution issue. The foregoing sum consists of $2,000.00 (statutory damages for copyright infringement), $598.64 (costs), and $1,000.00 (attorneys' fees).

    2.    Defendant, its employees, agents, officers, directors, attorneys, successors,

affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant are permanently enjoined from (a) directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

**DONE AND ORDERED** in New York, New York this 15th day of September, 2023.

_____
Valerie E. Caproni
United States District Judge                09/15/2023